# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
READY SET SERVICE, LLC; READY SET MERCHANDISING, LLC; and READY SET SALES, LLC

**DEFENDANTS**
GLENN GREENWOOD, PAUL BERSHATSKY, MIKE WHALEY, and READY SET DISPLAY AND FIXTURE, LLC

**(b)** County of Residence of First Listed Plaintiff   DuPage County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Lake County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Hal J. Wood and Brenda M. Allison
Horwood Marcus & Berk Chartered, 180 North LaSalle St., Suite 3700, Chicago, Illinois 60601 (312) 606-3200

Attorneys (If Known)

KC **FILED** NOV 2 9 2007 11-29-2007 MICHAEL W. DOBBINS CLERK U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

07CV6718
JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [x] 1 Original Proceeding

**VI. CAUSE OF ACTION** 28 U.S.C. § 1332(a)

**VII. PREVIOUS BANKRUPTCY MATTERS**

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: [x] No

**IX. This case** [x] is not a refiling of a previously dismissed action.

DATE 11/29/07   SIGNATURE OF ATTORNEY OF RECORD B. M. A.