MHN

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:
READY SET SERVICE, LLC, et al.
    v.
GLENN GREENWOOD, et al.

FILED
NOV 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ready Set Service, LLC; Ready Set Merchandising, LLC; and Ready Set Sales, LLC

07CV6718
JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

| NAME (Type or print) |
| --- |
| Hal J. Wood |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ [signature] |

| FIRM |
| --- |
| Horwood Marcus & Berk Chartered |

| STREET ADDRESS |
| --- |
| 180 North LaSalle Street, Suite 3700 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6217069 | (312) 606-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |