UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

READY SET SERVICE, LLC, )
READY SET MERCHANDISING, )
LLC, and READY SET SALES, LLC, )
)
    Plaintiff, )
)
v. ) 07CV6718
) JUDGE ZAGEL
GLENN GREENWOOD, PAUL ) MAGISTRATE JUDGE VALDEZ
BERSHATSKY, MIKE WHALEY, and )
READY SET DISPLAY AND FIXTURING, LLC )
)
    Defendants. )

## DECLARATION OF GEORGE J. PRENTA

George J. Prenta, pursuant to 28 USC § 1746, declares as follows:

1.    I am the age of legal majority and can truthfully and competently testify to the matters contained herein based upon my personal knowledge.

2.    At all relevant times, I have been the Chief Executive Officer of Ready Set Service, LLC ("RSS") Ready Set Merchandising, LLC ("RSM"), and Ready Set Sales, LLC, (collectively, the "Ready Set Companies").

3.    The Ready Set Companies are Illinois limited liability companies. Since as early as July 2003, the Ready Set Companies have been using the service mark "Ready Set" (the "Service Mark") interstate commerce in connection with the provision of retail merchandising services.

4.    The Service Mark is famous in the retail in-store servicing industry. The Service Mark is distinctive and associated exclusively with the Ready Set Companies.

5. From their inception until October 26, 2006, Defendant Glenn Greenwood ("Greenwood") was a member and officer of RSS and RSM and an employee of RSM. However, Greenwood entered into an agreement and release with RSS and RSM terminating his relationship with them on or about October 26, 2006.

6. During his tenure with RSS and RSM, Greenwood had regular interaction with customers, often worked in customers' retail stores, and was generally known by the customers of the Ready Set Companies, including Home Depot.

7. In May 2007, I became aware of Glenn Greenwood's ("Greenwood") use of the name "Ready Set Display and Fixturing," along with the use of the domain name "readysetdisplay.com" (the "Domain Name"), in connection with the provision of retail merchandising services.

8. Our customer Home Depot contacted me and informed me that it had received marketing materials via email from Ready Set Display and Fixture, LLC ("Fixturing") that included the "Ready Set Display" name and the Domain Name.

9. The Home Depot representative that contacted me expressed his confusion about the source of Fixturing's services and mistakenly believed Fixturing was affiliated with the Ready Set Companies.

10. Both the Ready Set Companies and Fixturing are in the retail in-store services industry. The Ready Set Companies and Fixturing compete for the same customers.

11. Fixturing directly promotes itself to retailers such as those served by the Ready Set Companies, including Home Depot, including through its marketing materials, its presence at trade shows and its Internet presence at the Domain Name.

12.     Based statements made by counsel for Defendants to counsel for the Ready Set Companies in July 2007, the Ready Set Companies did not file a lawsuit against Defendants at that time.

13.     On November 2, 2007, I learned from RSS's Vice-President of New Business Development, that Paul Bershatsky had attended the True Serve Dealer Show, an industry trade show, in Atlanta between October 26-29, 2007 and represented himself as affiliated with "Ready Set Display."

14.     The Ready Set Companies have no affiliation with Greenwood, Paul Bershatsky, Mike Whaley, or Ready Set Display and Fixturing, LLC, or the Domain Name.

15.     As of the filing of this Complaint, Fixturing is still using the "Ready Set" name and doing business at the Domain Name.

16.     The continued use of the "Ready Set Display" name and the Domain Name is causing consumer confusion as to the source, sponsorship, approval or certification of Fixturing's services with those of the Ready Set Companies.

17.     The continued use of the "Ready Set Display" name and the Domain Name is causing dilution of the Service Mark.

18.     The Ready Set Companies are being injured by this confusion and dilution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2007.

_____
George J. Prenta