KC FILED
NOV 29 2007
11-29-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| READY SET SERVICE, LLC, READY SET MERCHANDISING, LLC, and READY SET SALES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GLENN GREENWOOD, PAUL BERSHATSKY, MIKE WHALEY, and READY SET DISPLAY AND FIXTURING, LLC <br><br> Defendants. | 07CV6718 <br> JUDGE ZAGEL <br> MAGISTRATE JUDGE VALDEZ |

## DECLARATION OF ED MARTIN

Ed Martin, pursuant to 28 USC § 1746, declares as follows:

1. I am the age of legal majority and can truthfully and competently testify to the matters contained herein based upon my personal knowledge.

2. At all relevant times, I have been the Vice-President of New Business Development for Ready Set Service, LLC ("RSS").

3. I attended the True Serve Dealer Show, an industry trade show, in Atlanta between October 26-29, 2007, as a representative of RSS.

4. Many of RSS's customers and potential customers attended the True Serve Dealer Show.

5. At the True Serve Dealer Show, I was conversing with one of RSS's customers when we were approached by Paul Bershatsky ("Bershatsky").

6. Bershatsky identified himself as being affiliated with "Ready Set Display and Fixturing" and handed business cards that said "Ready Set Display and Fixturing" to me and the customer.

7. When Bershatsky realized I was affiliated with the RSS, he told me, "We shouldn't be using these but my partner just won't give up this name."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2007.

                                                                            Ed Martin