IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| READY SET SERVICE, LLC, READY SET MERCHANDISING, LLC, and READY SET SALES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GLENN GREENWOOD, PAUL BERSHATSKY, MIKE WHALEY, and READY SET DISPLAY AND FIXTURING, LLC<br><br>    Defendants. | Case No. 07 C 6718 |

TO:  See Certificate of Service

**PLEASE TAKE NOTICE** that on November 30, 2007, at the hour of 2:00 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or any judge sitting in his place and stead, in Room 2503, of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present Plaintiffs, **EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**, a copy of which is attached hereto.

Respectfully submitted,
**READY SET SERVICE, LLC, READY SET MERCHANDISING, LLC ("RSM"), and READY SET SALES, LLC**
    **Plaintiffs**

By: ___s/ Brenda M. Allison_____
One of Their Attorneys

Hal J. Wood (ARDC No. 6217069)
Brenda M. Allison (ARDC No. 6277040)
**HORWOOD MARCUS & BERK CHARTERED**
180 North LaSalle, Suite 3700
Chicago, Illinois  60601
(312) 606-3200

389408/1/10192.004

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** has attempted service on the following parties on November 30, 2007:

Via Email and Messenger:

James Gossett
Arnstein and Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
jfgossett@arnstein.com

Via Process Server:

Glenn Greenwood
200 North School Drive
Round Lake, Illinois 60073

Paul Bershatsky
21325 119th Street
Bristol, Wisconsin 53104

Mike Whaley
12926 Crestick Drive
Riverview, FL 33569

Ready Set Display and Fixture, LLC
Registered Agent - Glenn Greenwood
200 North School Drive
Round Lake, Illinois 60073

                                                                                           s/ Brenda M. Allison