**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ready Set Service, LLC, et al.
                            Plaintiff,

v.                                                  Case No.: 1:07−cv−06718
                                                          Honorable James B. Zagel

Glenn Greenwood, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 30, 2007:

      MINUTE entry before Judge James B. Zagel :Motion hearing held on 11/30/2007. Motion for TRO [10] is entered and continued. Response due by 12/7/2007. Reply due by 12/11/2007. Motion Hearing set for 12/14/2007 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.