Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6718 | **DATE** | 1/29/2008 |
| **CASE TITLE** | READY SET SERVICE LLC, ET AL vs. GLENN GREENWOOD, ET AL | | |

**DOCKET ENTRY TEXT**

Enter stipulation and consent injunction order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|