IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| READY SET SERVICE, LLC, READY SET MERCHANDISING, LLC, and READY SET SALES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLENN GREENWOOD, PAUL BERSHATSKY, MIKE WHALEY, and READY SET DISPLAY AND FIXTURING, LLC<br><br>Defendants. | Case No. 07 C 6718 |

## STIPULATION AND CONSENT INJUNCTION ORDER

Plaintiffs, READY SET SERVICE, LLC, READY SET MERCHANDISING, LLC and READY SET SALES, LLC, ("Ready Set Companies") and defendants, GLENN GREENWOOD, MIKE WHALEY and READY SET DISPLAY AND FIXTURING, LLC ("Greenwood Parties"), by and through their respective undersigned attorneys, and PAUL BERSHATSKY, pro se, hereby stipulate, consent and agree to the entry of the following order:

1.  The Greenwood Parties and Bershatsky are permanently enjoined from using the service mark "Ready Set," the terms "Ready" or "Set" or any mark substantially similar to the service mark "Ready Set" in any way, including as a service mark, trademark, domain name, trade name or component thereof.

2.  The Greenwood Parties and Bershatsky are permanently enjoined from otherwise infringing the Ready Set Companies' service mark "Ready Set," including the use of the domain

7

2. The Greenwood Parties and Bershatsky are permanently enjoined from otherwise infringing the Ready Set Companies' service mark "Ready Set," including the use of the domain name www.readysetdisplay.com to host a webpage or pursuing Trade Mark Application No. 77/048041.

3. Without affecting the enforceability of paragraphs 1 or 2 above, the remainder of claims pending against the Greenwood Parties and Bershatsky are hereby dismissed with prejudice and without costs, each party to bear its own attorneys' fees.

By: _____
One of the Attorneys for Plaintiff

Hal J. Wood
Brenda M. Allison
Horwood Marcus & Berk Chartered
180 North LaSalle Street
Suite 3700
Chicago, IL 60601

By: _____
One of the Attorneys for Defendants

Konstantinos Armiros
John T. Wagener (ARDC #6186342)
James F. Gossett
Arnstein & Lehr LLP
120 S. Riverside Plaza, Ste. 1200
Chicago, IL 60606

_____
Paul Bershatsky

ENTERED:

_____
Honorable James B. Zagel

DATED: 1/29/2008